

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ALON AHARON, ARIE BLITZ, and JASON SPERLING,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>NUVANCE HEALTH, INC.; NUVANCE HEALTH MEDICAL PRACTICE, P.C.; HEALTH QUEST SYSTEMS, INC.; VASSAR BROTHERS MEDICAL CENTER; HUDSON VALLEY CARDIOVASCULAR PRACTICE, P.C.; MUMTAZUDDIN ZUBAIR JAFAR; RAJEEV L. NARAYAN; and MARK WARSHOFSKY,<br><br>　　　　　　　　Defendants. | Civ. No. 3:22-CV-047 (DNH/ML)<br><br>**FILED UNDER SEAL** |

## ORDER

　　The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

　　1.　the Complaint, The United States' Notice of Election to Decline Intervention, and this Order be unsealed and served upon the defendants by the relators;

　　2.　the submissions at Docket Numbers 4, 6 and 8 remain under seal and not be made public or served upon the defendants, as 31 U.S.C. § 3730(b)(3) expressly authorizes these *in camera* filings to apprise the Court alone of the Government's investigation;

　　3.　except as set forth in paragraph 2, the seal be lifted as to all other matters occurring in this action;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relators or any of the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Dated this 18 day of OCTOBER, 2023

_____
Hon. David N. Hurd
United States District Judge